UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MURRAY,<br><br>        Plaintiff,<br><br>  -against-<br><br>INMATE ACCOUNTS, ET AL.,<br><br>        Defendants. | 24 **CIVIL** 6464 (LTS)<br><br>**CIVIL JUDGMENT** |

  For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 19, 2024
     New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                 Chief United States District Judge